```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

ANDREA DOSS                                            PLAINTIFF

v.                    No. CV-2005-6042

TRANSCOR AMERICA, INC.                                 DEFENDANT

### JUDGMENT

For the reasons set forth in an order filed herewith, Defendant's Motion for Summary Judgment (Doc. 9) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 13th day of January, 2006.

```
                              /s/Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge
```